# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JERRI GREGOIRE

VERSUS

CENTRAL MANAGEMENT COMPANY, L.L.C.

    CONSOLIDATED WITH

JERRI GREGOIRE

VERSUS

BELLE MAISON NURSING &
REHABILITATION CENTER, L.L.C.

NO.  2022 CW 1068

**DECEMBER 29, 2022**

---

In Re:    Central Management Company, L.L.C. and Belle Maison Nursing & Rehabilitation Center, L.L.C., applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2020-0000088 c/w 2021-0002393.

---

BEFORE:    McDONALD, McCLENDON, AND HOLDRIDGE, JJ.

    **WRIT DENIED.**

        JMM
        PMc

    **Holdridge, J.,** dissents and would grant the writ in part and deny the writ in part. I would grant the writ as to the exception raising the objection of prematurity. I would also grant the writ as to the partial exception of no cause of action in that the plaintiffs have no cause of action for injunctive relief under the nursing home residents bill of rights, La. R.S. 40:2010.8(A)(7). See La. Code Civ. P. art. 1915(B). I believe the majority is in error in not allowing a partial exception of no cause of action in this case. It is true that, prior to 1997, the cases did not allow a judgment granting only a partial exception of no cause of action. See **Everything on Wheels Subaru, Inc. v. Subaru South, Inc.,** 616 So.2d 1234 (La. 1993). However, in 1997, the legislature authorized a partial judgment that "sustains an exception in part, as to one or more but less than all of the claims, demands, issues, or theories against a party." La. Code Civ. P. art. 1915(B)(1). "This amendment ... authorizes a judgment granting a partial exception of no cause of action; importantly, this amendment provides certainty as to the immediate appealability of such a judgment." Frank L. Maraist, Louisiana Civil Law Treatise; Civil Procedure, Vol. I, § 6.7, pp. 172-173 (2d ed. 2008). Legislation is a solemn expression of legislative will. La. Civ. Code art. 2. I would deny the writ as to all other actions.

COURT OF APPEAL, FIRST CIRCUIT

*a.Sn*

---
    DEPUTY CLERK OF COURT
        FOR THE COURT